10
9/18/0

**OFFICE OF THE CLERK
UNITED STATES DISTRICT C
MIDDLE DISTRICT OF PENNSYLV
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:CV-01-1096

**FILED
HARRISBURG**

SEP 17 2001

MARY E. D'ANDREA, CLERK
Per _____
        DEPUTY CLERK

7000 0520 0023 0164 8378

**CERTIFIED MAIL**

Linda S. Young
455 Valley View Road
Bellefonte, Pa. 16823-8900

Name
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER



RETURN TO SENDER RTS

HARRISBURG 08-27-01 PA.

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$3.940
METER N 590023