(11)
9/18/0

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

1:CV-01-1096

FILED
HARRISBURG

SEP 19 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

7000 0520 0023 0164 8361

CERTIFIED MAIL

Daron L. Young
455 Valley View Road
Bellefonte, Pa. 16823-8900

16823



A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

HARRISBURG
08-27-01
PA

U.S. OFFICIAL MAIL
U.S. POSTAGE
PENALTY
FOR
PRIVATE
USE $300   $3.940
METER
N 560523